IN THE
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION


RECEIVED
SEP 1 2 2025
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| DAVID VANVELZER, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No: 4-25-cv-339 |
| DAVID WATERMAN, BART KLOVER, | ) |
| Defendants. | ) |

## STATEMENT OF THE CASE

Plaintiff is attempting to access the federal grand jury in Iowa, which he believes he has a right to. See *Application of Wood* 833 F 2d 113 (8th Cir 1987).

Plaintiff's access is being blocked by the Defendants. Plaintiff seeks in person access to the federal and state grand juries that he may report and interact with the grand jury members.

## JURISDICTION

1. Jurisdiction of this Court is invoked pursuant to F.R.Cr.P 6(a), 28 U.S.C. § 1331, the general federal question statute, 28 U.S.C. § 1361, 28 U.S.C. 2201 and 2202, and 28 U.S.C. 1367(a).

1

## PARTIES

2. Plaintiff David VanVelzer is a private citizen with an address of: P.O. Box #59, Montgomery, Tx. 77356.

3. Defendant David Waterman is the current U.S. Attorney for the Southern District of Iowa. His address is: #110 E. Court Ave., Ste. 286 Des Moines, Ia. 50309

Ph: (515) 473 9300

4. Defendant Bart Klover is the county attorney for Poweshiek County. His address is: Poweshiek County Courthouse #302 East Main Montezuma Ia. 50171.

## FACTS

5. See D.C. Case LALA 00283 on appeal to IA Supreme Court Case No. 05-0357 *David VanVelzer v. Chris Ulrich, IA DOT, et al.*,

6. Plaintiff spoke on 08/19/25 with Scot and he asked me to write a letter concerning fraud upon the court (See case number) and the Iowa Supreme Court denying me meaningful access to the courts.

7. The lower court gave judgment to the IADOT, and I appealed. I filed a Motion to Recuse and accused the D.C. judge of bias and prejudice and aiding and abetting the IADOT so they would not have to and he agreed to recuse himself.

8. I then filed a motion to set aside the judgment but another judge said he

could not respond to it because he did not have jurisdiction.

9. The IADOT is using their power of eminent domain and a low-ball fraudulent appraisal from one of their appraisers ($110,000.00 was their appraisal) to steal my home located at 34156 Hwy 21, Brooklyn, Ia. 52211)

10. I have an appraisal of $622,000.00 from one of their approved appraisers and he has an MAI Designation (i.e., Member of Appraisal Institute, akin to a Doctoral Degree in Appraising).

11. Now, the Iowa Supreme Court in the above-mentioned case is denying me meaningful access to the courts and aiding and abetting the IADOT so the IADOT does not have to pay me fair market value. There is fraud upon the court and I am asking for an investigation and to access the grand jury (federal) and the State grand jury in Powesheik County.

My cell phone # 832-916-9534

12. On 8/19/2025, I called the US Attorney and spoke to a Scott (wouldn't give his last name. He said he's the only Scott there.)

13. I informed him that I'd like to access the grand jury in order to hear my Iowa Supreme Court Case No. 05-0357, because the IADOT is trying to steal my house and use a fraudulent appraisal from one of their approved IADOT Appraisers (for $110,000).

14. My home is a 5-bedroom 2 bath -2 car garage on 2 commercial acres

3

that butts up against Hwy 80 and Hwy 21, prime location. 2200 sq. ft home address- 4156 Hwy 21, Brooklyn, Iowa 52211 (Poweshiek County)

15. I informed him I have an appraisal for $ 662,000 from one of their own approved IADOT appraisers.

16. I believe the Iowa Supreme Court is aiding & abetting the IADOT and denying me meaningful access to the courts so the IADOT doesn't have to pay me. They are trying to use court rules and whatever they can to deny me meaningful access to the courts and violate my due process and constitutional rights. I am a pro se litigant.

17. Scott spoke to Craig Gaumer, AUSA, and he said "no," because they only accept cases from law enforcement and cases that have already had some type of investigation.

18. This is *not* the law.

8/19- Poweshiek County Attorney's Office-

19. I spoke with an administrative assistant, and asked if I could access a grand jury to investigate the Iowa Supreme Court in case 05-0357 (D.C. LALA 002823) denying me meaningful access to the courts so the IA DOT doesn't have to pay fair market value .

20. I was told the administrative assistant spoke with Makayla, a Asst. County Attorney and she said "no." They only accept cases from investigators and

4

that have also had some type of law enforcement investigation.

## LEGAL CLAIMS

*Again*, this is *not* the law.

> Summoning Grand Juries. The court shall order one or more grand juries to be summoned at such times as the public interest requires. The grand jury shall consist of not less than 16 nor more than 23 members. The court shall direct that a sufficient number of legally qualified persons be summoned to meet this requirement.
>
> If this Rule applied with full force in the Virgin Islands, it arguably would confer on the district court the authority to convene a grand jury to investigate crimes and indict where it found probable cause. See, e. g., *United States v. Wallace & Tiernan, Inc.*, 121 U.S. App. D.C. 245, 349 F.2d 222, 226 (D.C.Cir.1975). The investigatory powers of such a grand jury would be broad, since the federal system allows grand juries wide compass in their inquiries. See, e. g., *United States v. Calandra*, 414 U.S. 338, 343, 94 S. Ct. 613, 617, 38 L. Ed. 2d 561 (1974).

*United States v. Christian*, 660 F.2d 892 (3rd Cir. 1981)

21. The First Amendment, U.S. Constitution, guarantees the right "to petition the government for redress of grievances." *Eastern R.R. Presidents Conference v. Noerr Motor Freight, Inc.*, 81 S.Ct. 523 (1961) and *California Motor Transport Co. v. Trucking Unlimited*, 92 S.Ct. 609 (1972) hold that the Petition Clause protects people's rights to make their wishes and interests known to government representatives in the legislature, judiciary, and executive branches. *Noerr Motor Freight, Inc.*, 81 S.Ct. at 530-531, *Trucking Unlimited*, 92 S.Ct. at 611-612. See also *McDonald v. Smith*, 105 S.Ct. 2787, 2789 (1985) (noting that James Madison in congressional debate on the petition clause made clear that people have

the right to communicate their will through direct petitions to the legislature and government officials).

>It is the duty and right . . . of every citizen to assist in prosecuting, and in securing the punishment of any breach of the peace of the United States.
>
>*In re Quarles*, 15 S.Ct. 959, 960-961 (1894).

>The function of the grand jury is to investigate any alleged crime, no matter how or by whom suggested to them.
>
>*In re Hale*, 139 F. 496, 498 (C.Ct. S.D.N.Y. 1905) (quoting *Frisbie v. United States*, 15 S.Ct. 586 (1895)).

>[I]nforming is a right or privilege secured by the Constitution or laws of the United States.
>
>*Velarde-Villarreal v. United States*, 354 F.2d 9 footnote 3 (9th Cir. 1965).

>[A citizen] has a constitutional right to inform the government of violations of federal law . . . [a] privilege of citizenship guaranteed by the Fourteenth Amendment.
>
>*Equal Employment Opportunity Commission v. Pacific Press Publishing Association*, 676 F.2d 1272 (9th Cir. 1982).

People have the right to petition their government for the redress of grievances.

The right arises under the First Amendment, which clearly states:

>Congress shall make no law respecting an establishment of religion or prohibiting its free exercise. It protects freedom of speech, the press, assembly, and the right to petition the Government for a redress of grievances.
>That right to petition extends to all branches of our government.
>
>*California Motor Transport Co. v. Trucking Unlimited, supra.*

22. The federal grand jury is an arm of the government.

23. The controlling law is (or should be):

The United States appeals from an order of the United States District Court for the District of Nebraska, ordering the United States Attorney of that district to present to the grand jury allegations of wrongdoing on the part of an FBI agent and an Assistant United States Attorney lodged by Larry A. Wood, a private citizen and previously acquitted defendant. Alternatively, the court ordered that Wood be permitted to personally appear before the grand jury to present his allegations. We affirm the district court.

*In Re Application of Larry A. Wood to Appear Before The Grand Jury* (misc. 85-l-02).appeal of United States of America, 833 F.2d 113 (8th Cir. 1987)

## RELIEF REQUESTED

1. That this Court issue an order mandating the attendance of Plaintiff to both the federal and Iowa state grand juries.

2. Such other relief as this Court deems just, fair and equitable.

Respectfully Submitted,

David VanVelzer
P O Box 59
Montgomery, TX. 77356

## Verification

The Undersigned Plaintiff in this action, David VanVelzer, verifies that he has read the foregoing complaint and that it is true and accurate, to the best of his knowledge.

_____
David VanVelzer

Subscribed and sworn to this 9th Day of September, 2025

_____
David VanVelzer

Notary Public: _____



HAYLEY BROOKE NEWTON
Notary Public, State of Texas
Comm. Expires 06-27-2027
Notary ID 132069250

JS 44 (Rev. 03/24)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS** David VanVelzen 77356 832.916.9574
PO Box 59 Montgomery TX 77356 832.916.9574

**DEFENDANTS** David Waterman #1 Sue Desmond #2 Bart Klover #3 902 E. Main
#110 E. Court Ave. 286 IA 5030 Montezuma IA
Polk IA 50171

**(b)** County of Residence of First Listed Plaintiff: Montgomery, TX
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Polk, IA
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
David VanVelzen, Pro Se, 832.916.9574
832.916.9574

Attorneys *(If Known)*

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [X] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [X] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [X] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | 625 Drug Related Seizure of Property 21 USC 881 | 422 Appeal 28 USC 158 | [X] 375 False Claims Act |
| 120 Marine | 310 Airplane / 365 Personal Injury - Product Liability | 690 Other | 423 Withdrawal 28 USC 157 | 376 Qui Tam (31 USC 3729(a)) |
| 130 Miller Act | 315 Airplane Product Liability / 367 Health Care/Pharmaceutical Personal Injury Product Liability | | INTELLECTUAL PROPERTY RIGHTS | 400 State Reapportionment |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | | 820 Copyrights | 410 Antitrust |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability / 368 Asbestos Personal Injury Product Liability | | 830 Patent | 430 Banks and Banking |
| 151 Medicare Act | 340 Marine | | 835 Patent - Abbreviated New Drug Application | 450 Commerce |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 345 Marine Product Liability | PERSONAL PROPERTY | 840 Trademark | 460 Deportation |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle / 370 Other Fraud | LABOR | 880 Defend Trade Secrets Act of 2016 | 470 Racketeer Influenced and Corrupt Organizations |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability / 371 Truth in Lending | 710 Fair Labor Standards Act | | 480 Consumer Credit (15 USC 1681 or 1692) |
| 190 Other Contract | 360 Other Personal Injury / 380 Other Personal Property Damage | 720 Labor/Management Relations | SOCIAL SECURITY | 485 Telephone Consumer Protection Act |
| 195 Contract Product Liability | 362 Personal Injury - Medical Malpractice / 385 Property Damage Product Liability | 740 Railway Labor Act | 861 HIA (1395ff) | 490 Cable/Sat TV |
| 196 Franchise | | 751 Family and Medical Leave Act | 862 Black Lung (923) | 850 Securities/Commodities/Exchange |
| REAL PROPERTY | CIVIL RIGHTS / PRISONER PETITIONS | 790 Other Labor Litigation | 863 DIWC/DIWW (405(g)) | [X] 890 Other Statutory Actions |
| 210 Land Condemnation | 440 Other Civil Rights / Habeas Corpus: | 791 Employee Retirement Income Security Act | 864 SSID Title XVI | 891 Agricultural Acts |
| 220 Foreclosure | 441 Voting / 463 Alien Detainee | | 865 RSI (405(g)) | 893 Environmental Matters |
| 230 Rent Lease & Ejectment | 442 Employment / 510 Motions to Vacate Sentence | | FEDERAL TAX SUITS | 895 Freedom of Information Act |
| 240 Torts to Land | 443 Housing/Accommodations / 530 General | | 870 Taxes (U.S. Plaintiff or Defendant) | 896 Arbitration |
| 245 Tort Product Liability | 445 Amer. w/Disabilities - Employment / 535 Death Penalty | IMMIGRATION | 871 IRS—Third Party 26 USC 7609 | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 290 All Other Real Property | 446 Amer. w/Disabilities - Other / Other: | 462 Naturalization Application | | 950 Constitutionality of State Statutes |
| | 448 Education / 540 Mandamus & Other | 465 Other Immigration Actions | | |
| | 550 Civil Rights | | | |
| | 555 Prison Condition | | | |
| | 560 Civil Detainee - Conditions of Confinement | | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Meaningful access to the courts
Brief description of cause: Plaintiff seeks access to grand juries.

**VII. REQUESTED IN COMPLAINT:**
[ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes [ ] No

**VIII. RELATED CASE(S) IF ANY** *(See instructions)*
JUDGE _____ DOCKET NUMBER _____

DATE 9/9/25
SIGNATURE OF ATTORNEY OF RECORD: David VanVelzen, Pro Se

**FOR OFFICE USE ONLY**
RECEIPT # ____ AMOUNT ____ APPLYING IFP ____ JUDGE ____ MAG. JUDGE ____